GIDON M. CAINE (Cal. State Bar No. 188110)
ALSTON & BIRD LLP
275 Middlefield Road
Suite 150
Menlo Park, California 94025-4008
Telephone:  (650) 838-2000
Facsimile:  (650) 838-2001
gidon.caine@alston.com

Jessica P. Corley (*pro hac vice*)
Elizabeth P. Skola (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile:  (404) 881-7777
jessica.corley@alston.com
elizabeth.skola@alston.com

Attorneys for Nominal Defendant
OCLARO, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OCLARO, INC. DERIVATIVE LITIGATION | Lead Case No. 11-cv-03176-EMC |
| | (Derivative Action) |
| This Document Relates to: | **STIPULATION AND [PR~~OPO~~SED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| ALL ACTIONS | |

1    WHEREAS, between June 27, 2011 and July 7, 2011, three related shareholder derivative actions, *Guindani v. Couder*, No. 3:11-cv-03176-PSG (N.D. Cal. filed June 27, 2011), *Coney v. Couder*, No. 3:11-cv-03214-HRL (N.D. Cal. filed June 28, 2011), and *Braman v. Couillaud*, No. 3:11-cv-03322-RS (N.D. Cal. filed July 7, 2011) (collectively, the "Oclaro Derivative Litigation"), were filed in this Court against nominal defendants Oclaro, Inc. ("Oclaro") and certain of its officers and directors (collectively, "defendants");

WHEREAS, on July 20, 2011, the Court issued a separate order consolidating the Oclaro Derivative Litigation under the caption *In re Oclaro, Inc. Derivative Litigation*, No. 11-cv-03176-EMC;

WHEREAS, the Oclaro Derivative Litigation involved many of the same parties and events as a putative class action that was filed in this Court on May 19, 2011, *Westley v. Oclaro, Inc.*, No. 3:11-cv-02448-EMC (N.D. Cal.) ("Oclaro Securities Class Action");

WHEREAS, there is an overlap in subject matter between the Oclaro Derivative Litigation and the Oclaro Securities Class Action such that the resolution of the defendants' motion to dismiss in the Oclaro Securities Class Action may impact the Oclaro Derivative Litigation;

WHEREAS, on November 29, 2011, the Court entered an order staying all proceedings in the Oclaro Derivative Litigation until such time as (a) the defendants file an answer to any complaint in the Oclaro Securities Class Action; or (b) the Oclaro Securities Class Action is dismissed in its entirety with prejudice;

WHEREAS, on March 5, 2012, the Clerk issued notice scheduling the Case Management Conference in the Oclaro Derivative Action for April 27, 2012 and setting a deadline for the Case Management Statement of April 20, 2012;

WHEREAS, on March 27, 2012, the Court entered an order in the Oclaro Securities Class Action granting the defendants' motion to dismiss the Amended Complaint without prejudice and allowing the plaintiffs thirty (30) days to file an amended complaint ("Second Amended Complaint") in that action;

WHEREAS, on April 19, 2012, the parties in the Oclaro Securities Action filed a Stipulation

1  and Proposed Order Scheduling Plaintiffs' Filing of Second Amended Complaint and Defendants'
2  Response Thereto and Rescheduling Case Management Conference, in which the parties stipulated
3  to (1) the adjournment of the Case Management Conference in the Oclaro Securities Class Action to
4  30 days after the Court rules on the defendants' motion to dismiss the Second Amended Complaint
5  in the Oclaro Securities Class Action; and (2) the rescheduling of the deadline for the Joint Case
6  Management Statement in the Oclaro Securities Class Action until one week prior to the rescheduled
7  Case Management Conference in the Oclaro Securities Class Action;
8      WHEREAS, in order to avoid the unnecessary expenditure of judicial resources or effort by
9  the parties to this action and the Court prior to filing of the motion to dismiss the Second Amended
10 Complaint in the Oclaro Securities Action, the parties to this action have agreed, in the interim prior
11 to the decision on the motion to dismiss and subject to the Court's approval, to the continuance of
12 the Case Management Conference and all associated obligations, including the filing of the Joint
13 Case Management Statement; and
14     WHEREAS, this Stipulation and Order is without prejudice to, or waiver of any rights,
15 arguments, or defenses otherwise available to the parties in this action, including, but not limited to,
16 the right to revisit the timing of the below-referenced pleadings and motions once the Court has
17 issued an order ruling on the defendants' motion to dismiss the Second Amended Complaint in the
18 Oclaro Securities Class Action.
19     NOW THEREFORE, the undersigned parties, by and through their counsel of record, hereby
20 stipulate as follows:
21     1.   The Case Management Conference in the Oclaro Derivative Litigation, currently
22 scheduled for April 27, 2012, is ~~hereby adjourned to 30 days after the Court rules on Defendants'~~ reset for September 28, 2012 at 9:00 a.m.
23 ~~motion to dismiss the Second Amended Complaint in the Oclaro Securities Class Action~~.
24     2.   The deadline for the Joint Case Management Conference Statement in the Oclaro
25 Derivative Litigation, currently set for April 20, 2012, is hereby adjourned.  The Joint Case
26 Management Conference Statement shall be due one week prior to the rescheduled Case
27 Management Conference.
28

2
STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. 11-CV-03176-EMC

IT IS SO STIPULATED.

**ALSTON & BIRD LLP**

DATED:  Menlo Park, California
         April 19, 2012

By: _s/ Gidon M. Caine_____
GIDON M. CAINE (Cal. State Bar No. 188110)
275 Middlefield Road
Suite 150
Menlo Park, California 94025-4008
Telephone:  (650) 838-2000
Facsimile:  (650) 838-2001
gidon.caine@alston.com

and

JESSICA P. CORLEY (*pro hac vice*)
ELIZABETH P. SKOLA (*pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile:  (404) 881-7777
jessica.corley@alston.com
elizabeth.skola@alston.com

Counsel for Nominal Defendant Oclaro, Inc.

**JOHNSON & WEAVER, LLP**

DATED:  San Diego, California
         April 19, 2012

By: _s/ Frank J. Johnson_____
FRANK J. JOHNSON (Cal. State Bar No. 174882)
SHAWN E. FIELDS (Cal. State Bar No. 255267)
110 West A Street
Suite 750
San Diego, California  92101
Telephone:  (619) 230-0063
Facsimile:  (619) 255-1856
frankj@johnsonandweaver.com

Counsel for Lead Plaintiff

**SIGNATURE ATTESTAION**

I, Gidon M. Caine, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order Staying Proceedings.  In compliance with General Order No. 45, X(B) regarding signatures, I hereby attest that Frank J. Johnson has concurred in this filing.

|   |   |
|---|---|
| 1 | _s/ Gidon M. Caine_<br>GIDON M. CAINE |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   San Francisco, California
         4/20/12

