1  ALSTON & BIRD LLP
   GIDON M. CAINE
2  275 Middlefield Road, Suite 150
   Menlo Park, CA 94025-4008
3  Telephone:  650/838-2000
   650/838-2001 (fax)
4  gidon.caine@alston.com

5          – and –

6  JESSICA P. CORLEY (admitted *pro hac vice*)
   ANDREW T. SUMNER (admitted *pro hac vice*)
7  One Atlantic Center
   1201 West Peachtree Street
8  Atlanta, Georgia 30309-3424
   Telephone: 404/881-7000
9  404/881-7777 (fax)
   jessica.corley@alston.com
10 andy.sumner@alston.com

11 Counsel for Defendants

12 [Additional counsel appear on signature page.]

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15 CURTIS AND CHARLOTTE WESTLEY,         )   No. C11-02448-EMC
   Individually and on Behalf of All Others )   and related consolidated action
16 Similarly Situated,                   )   (Lead Case No. C11-3176-EMC)
                                         )   (Derivative Action)
17                          Plaintiffs,   )
                                         )
18            vs.                         )
                                         )
19 OCLARO, INC., et al.,                 )
                                         )
20                          Defendants.   )
                                         )
21 In re OCLARO, INC. DERIVATIVE         )   Lead Case No. C11-3176-EMC
   LITIGATION                            )   (Derivative Action)
22                                       )
                                         )
23 This Document Relates To:             )
                                         )
24     *Westley v. Oclaro, Inc., et al.*,  )
       C11-02448-EMC.                     )
25                                       )

26

27              STIPULATION AND [PROPOSED] ORDER
              RESCHEDULING CASE MANAGEMENT CONFERENCE

28

856706_1

WHEREAS, on August 26, 2013, the parties attended a mediation before the Honorable Layn R. Phillips (Ret.) in Newport Beach, California to explore a non-litigated resolution of this matter;

WHEREAS, on September 19, 2013, the parties filed with the Court a stipulation and proposed order, wherein the parties (i) noted that they had made substantial progress at the mediation and (ii) requested that the Court allow them additional time to conclude and document their efforts to achieve a non-litigated resolution of this matter by rescheduling the Case Management Conference ("CMC") (Dkt. No. 165);

WHEREAS, on September 20, 2013, the Court entered an order rescheduling the CMC from September 26, 2013 at 10:30 a.m. to October 31, 2013 at 10:30 a.m., with the Joint CMC Statement due one week prior to the CMC (Dkt. No. 166);

WHEREAS, the parties are currently circulating draft proposed settlement papers and continue to work diligently to finalize those papers;

WHEREAS, in order to avoid the unnecessary expenditure of the Court's resources or effort by the parties to this action, the parties have agreed, subject to the Court's approval, to reschedule the CMC from October 31, 2013 at 10:30 a.m. to December 5, 2013 at 10:30 a.m. or another date thereafter that is convenient to the Court;

WHEREAS, the parties have agreed, subject to the Court's approval, that the Joint CMC Statement shall be due one week prior to the date of the CMC;

NOW THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

1.      Subject to the Court's approval, the CMC, currently set for October 31, 2013 at 10:30 a.m., shall be rescheduled for December 5, 2013 at 10:30 a.m., or another date thereafter that is convenient for the Court.

1        2.     The Joint CMC Statement shall be due one week prior to the date of the CMC.

2

3  DATED: October 28, 2013                ALSTON & BIRD LLP
                                        GIDON M. CAINE

4

5                                            s/ Gidon M. Caine
                                      GIDON M. CAINE

6

7                                    275 Middlefield Road, Suite 150
                                    Menlo Park, CA 94025-4008
                                    Telephone: 650/838-2000

8                                    650/838-2001 (fax)
                                    gidon.caine@alston.com

9                                    ALSTON & BIRD LLP

10                                  JESSICA P. CORLEY (admitted *pro hac vice*)
                                  ANDREW T. SUMNER (admitted *pro hac vice*)

11                                  One Atlantic Center
                                  1201 West Peachtree Street

12                                  Atlanta, Georgia 30309-3424
                                  Telephone: 404/881-7000

13                                  404/881-7777 (fax)
                                  jessica.corley@alston.com

14                                  andy.sumner@alston.com

15                                  Counsel for Defendants

16                                  ROBBINS GELLER RUDMAN
                                    & DOWD LLP

17                                  SHAWN A. WILLIAMS
                                  SUNNY S. SARKIS

18

19                                     s/ Shawn A. Williams
                                    SHAWN A. WILLIAMS

20                                  Post Montgomery Center

21                                  One Montgomery Street, Suite 1800
                                  San Francisco, CA 94104

22                                  Telephone: 415/288-4545
                                  415/288-4534 (fax)

23                                  ROBBINS GELLER RUDMAN

24                                  & DOWD LLP
                                  JULIE A. KEARNS

25                                  655 West Broadway, Suite 1900
                                  San Diego, CA 92101

26                                  Telephone: 619/231-1058
                                  619/231-7423 (fax)

27                                  Lead Counsel for Plaintiffs

28

ROBERT M. CHEVERIE & ASSOCIATES
GREGORY S. CAMPORA
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT  06108
Telephone:  860/290-9610
860/290-9611 (fax)

HOLZER HOLZER & FISTEL, LLC
MICHAEL I. FISTEL, JR.
200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone:  770/392-0090
770/392-0029 (fax)

DYER & BERENS LLP
ROBERT J. DYER III
JEFFREY A. BERENS
303 East 17th Avenue, Suite 810
Denver, CO  80203
Telephone:  303/861-1764
303/395-0393 (fax)

Additional Counsel for Plaintiff

## Certificate Pursuant to Local Rule 5-1(i)(3)

I, Gidon M. Caine, am the ECF User whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Shawn A. Williams has concurred in this filing.

Dated:  October 28, 2013

/s Gidon M. Caine
GIDON M. CAINE

\*     \*     \*

## O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  October 28, 2013

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE