UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OCLARO, INC. DERIVATIVE LITIGATION. _____/ | Lead Case No. C-11-3176 EMC<br><br>**ORDER RE SUPPLEMENTAL BRIEFING RE PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL** |

The Court has reviewed Plaintiff's motion for preliminary approval. Having reviewed the motion, the Court hereby orders the parties to provide a joint supplemental brief regarding the following issues. **The joint supplemental briefing shall be filed no later than April 10, 2014.**

1. <u>Corporate Governance Reform</u>

Under the settlement agreement, the corporate governance reform measures are limited to two years. *See* Stip. of Sett. § 2.1. The parties shall address whether time limitations are common in settlements of derivative lawsuits and whether a two-year period is adequate.

2. <u>Attorney's Fees</u>

Plaintiff intends to ask for attorney's fees in the amount of $250,000. The Court acknowledges that no fee motion need be filed at this point in the proceedings; however, the Court should have a sense of whether this figure is related to the lodestar. Plaintiff shall address this issue in the supplemental briefing.

///

///

///

3. <u>Notice</u>

The parties have pointed to several cases where notice comparable to that proposed herein has been acceptable. The parties should address whether such notice, absent mail notice, satisfies Rule 23.1(b).

In addition, the parties should explain why notice on Oclaro's website should be posted on only the "investor relations section of the Company's website." Stip. of Sett. § 3.2.

IT IS SO ORDERED.

Dated: March 27, 2014

_____
EDWARD M. CHEN
United States District Judge

2