UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OCLARO, INC. DERIVATIVE LITIGATION. | Lead Case No. C-11-3176 EMC<br><br>**ORDER RE SUPPLEMENTAL EVIDENCE RE PLAINTIFFS' MOTION FOR FINAL APPROVAL** |

Plaintiffs' motion for approval of settlement and award of fee and expense amount is currently pending. Having reviewed the papers submitted by Lead Counsel in the federal action and Lead Counsel in the state action (collectively "Derivative Action Counsel"), the Court hereby orders Derivative Action Counsel to file a joint supplemental declaration prior to the August 6, 2014 hearing regarding the following issues:

(1) Derivative Action Counsel have represented that they have billed a total lodestar amount of $396,665.56. Derivative Action Counsel shall prepare a timekeeper summary to support their lodestar calculation. As an initial matter, this summary will set forth how much each firm is claiming of the lodestar amount. This summary shall further identify the timekeepers who billed to the matter at each firm, including each timekeeper's position, the number of hours the timekeeper billed, the timekeeper's billing rate, and the tasks performed by the timekeeper.

(2) Derivative Action Counsel have represented that they have expended unreimbursed litigation costs of $19,986.80. Derivative Action Counsel shall attest to what kind of expenses were incurred (*e.g.,* travel expenses, filing fees, etc.).

(3)     Lead Counsel in the federal action shall attest to whether or not its lodestar amount has been reviewed by counsel and reduced in the exercise of billing judgment.

IT IS SO ORDERED.

Dated: August 4, 2014

_____
EDWARD M. CHEN
United States District Judge