**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Date:** | August 6, 2014 | **Time:** | 9:42-10:02 |
| | | **Court Reporter:** | Candace Yount |

**Case No. and Name:**   C11-2448 EMC Westley et al. v. Oclaro, et al.
C11-3176 EMC Guindani v. Couder, et al.

**Attorneys:**   Shawn Williams, Sunny Sarkis and Jeffrey Light for Plaintiffs Connecticut Pension, et al.
Shawn Fields and Shane Sanders for Plaintiff Guindani
Gidon Caine and Charles Cox for Defendants

**Deputy Clerk:**   Betty Lee

### PROCEEDINGS:

- Plaintiffs' Motion for Settlement #191
- Plaintiffs' Motion for Attorney's Fees #192
- Plaintiff Guindani's Motion for Settlement and Attorney's Fees #83 (C11-3176 EMC)

### SUMMARY:

C11-2448 EMC Westley et al. v. Oclaro, et al.
No appearance by Westley.  For the reasons stated on the record, the Motion for Final Approval of Settlement and the Motion for Attorney's Fees are granted.  Court to issue order.

C11-3176 EMC Guindani v. Couder, et al.
Court took Plaintiffs' Motion for Final Approval of Settlement and Attorney's Fees under submission and to issue order.